UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A.R. HITLER, aka CARL ARTHUR RENOWITZKY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 18-cv-03252-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not complied with this Court's order to file an application to proceed *in forma pauperis* ("IFP"). Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to comply with the Court's order and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any motion to reopen must be accompanied by a properly completed IFP application. If plaintiff chooses to move to reopen the case, he is advised that he must state legally recognizable claims against any named defendant, alleging a plausible basis for suing them. The existing complaint is wholly deficient in that respect.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 16, 2018



WILLIAM H. ORRICK
United States District Judge